## NORTH PACIFIC STEAMSHIP COMPANY v. BOLGER et al.

District Court, D. California. December 14,
1918.

No. 424.

Aitken, Glensor & Clewe, of San Francis-
co, Cal., for plaintiff.

Benjamin L. McKinley, Acting U. S.
Atty., of San Francisco, Cal., for defend-
ants.

BOURQUIN, District Judge. The suit is
like No. 386 (D. C.) 23 F.(2d) 109, and, for
reasons therein, the motion to dismiss is de-
nied.